IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KATHLEEN M. BAKER, Personal
Representative for the Estate of
MARIBETH CORRIGAN,

          Plaintiff,

v.

YRC INC., a Delaware Corporation,
and JOHN DOE, and individual,

          Defendants.

No. 3:21-cv-00849-YY

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge You issued a Findings and Recommendation on December 7, 2021, in which she recommends that the Court grant Plaintiff's Motion to Amend for Joinder of Nondiverse Defendant and Remand. F&R, ECF 8. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 – ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error. Judge You properly analyzed the relevant factors, and the Court agrees that joining Michael S. Adams and remanding this case to state court is appropriate.

## CONCLUSION

The Court ADOPTS Magistrate Judge You's Findings and Recommendation, No. 11. Accordingly, Plaintiff's Motion to Amend for Joinder of Nondiverse Defendant and Remand, No. 8, is GRANTED.

IT IS SO ORDERED.

DATED: __February 21, 2022_____.

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER